UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ASHLAND VENTURES HOLDINGS,    )
LLC, et al.,    )
    )
       Plaintiffs,    )
    )
    v.    )    No. 4:26 CV 364 CDP
    )
WEST PINE LOFTS, LLC, et al.,    )
    )
       Defendants.    )

## MEMORANDUM AND ORDER

This case is before the Court on review of the file following removal from state court.

Presently pending before the Court are two motions to dismiss filed by defendant West Pine Lofts, LLC.  Both motions refer to the terms of a Real Estate Sale Agreement and other exhibits attached to plaintiffs' state-court petition.  It appears, however, that upon removal to this Court, neither the Agreement nor those other exhibits traveled with the petition.  Because the exhibits to plaintiffs' state-court petition were not included in the record West Pine Lofts filed upon removal, I will order West Pine Lofts to supplement the record with a complete copy of plaintiffs' state-court petition, inclusive of its exhibits.  *See* 28 U.S.C. § 1447(b).  To the extent any of those exhibits were filed under seal in state court, West Pine Lofts shall comply with this Court's Local Rule 13.05 governing the filing of

sealed documents.

Accordingly,

**IT IS HEREBY ORDERED** that **within five (5) days of the date of this Order**, defendant West Pine Lofts, LLC, shall supplement its Notice of Removal with a complete copy of plaintiffs' state-court petition **with attached Exhibits 1 through 6**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 10th day of April, 2026.