IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISVISION

| | | |
|---|---|---|
| ASHLAND VENTURES HOLDINGS, LLC et. al., | ) | |
| Plaintiffs/Counterclaim Defendants, | ) | |
| v. | ) | Case No. 4:26-cv-00364-CDP |
| WEST PINE LOFTS, LLC, et. al., | ) | |
| Defendants/Counterclaim Plaintiff | ) | |

**JOINT STIPULATION OF DISMISSAL**

COME NOW the parties, by counsel, and hereby stipulate to dismiss all causes of action filed in this litigation with prejudice, with each party to bear its own costs, expenses, and attorneys' fees incurred.

Respectfully submitted,

MANTESE HONIGMAN, P.C.

*By: /s/ Michael S. Butterfield*
Michael S. Butterfield, #68922
518 S. Hanley Rd.
Clayton, MO 63105
(314) 656-6927
mbutterfield@manteselaw.com

*Attorney for Plaintiff and Counterclaim Defendant Ashland Ventures Holdings, LLC*

HUSCH BLACKWELL LLP

By: */s/ Caroline L. Hermeling*
Caroline L. Hermeling #33998
Matthew D. Warren #75805
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
(314) 480-1500
(314) 480-1505 – Facsimile
*carrie.hermeling@huschblackwell.com*
*Matt.warren@huschblackwell.com*

*Attorneys for Defendant /Counterclaim Plaintiff West Pine Lofts, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 14th day of August, 2026, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/Michael S. Butterfield*